# ALABAMA COURT OF CRIMINAL APPEALS



January 17, 2025

**CR-2022-0651**
C.L.A. v. State of Alabama (Appeal from Elmore Circuit Court:  CC-20-55)

## <u>NOTICE</u>

You are hereby notified that on January 17, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

*Scott Mitchell*

D. Scott Mitchell, Clerk